IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN F. COX, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-01026-JDB-jay |
| | ) | |
| CITY OF JACKSON, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

_____

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFFS'
INITIAL COMPLAINT

_____

Pending on the Court's docket is the April 5, 2019, motion of the Defendant, City of Jackson, Tennessee, to dismiss the Plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Entry ("D.E.") 22.) On May 31, 2019, the Plaintiffs amended their complaint. (D.E. 33.) As "[a]n amended complaint supersedes an earlier complaint for all purposes," *In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), the motion to dismiss the initial complaint is now moot and is DENIED on that basis.

IT IS SO ORDERED this 12th day of June 2019.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE