# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| STEVEN F. COX, KELLY FREEMAN, RUFUS IRVING, KEITH FASON, ERNIE KIRK and DAVID NAGI Individually and on behalf of all similarly situated persons, | ) ) ) ) ) |
| Plaintiffs, | ) NO. 1:19-cv-01026-JDB-jay |
| vs. | ) JURY TRIAL DEMANDED ) Rule 23 Class Action |
| CITY OF JACKSON, TENNESSEE, | ) ) |
| Defendant. | ) |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs, through the undersigned counsel, move this Honorable Court for an order approving a proposed class action settlement, and the provisional certification of a settlement class, as detailed in the attached Settlement Agreement. Plaintiffs further move for an order designating Plaintiffs Rufus Irving and Keith Fason as representatives of the class and designating the undersigned counsel as class counsel. Plaintiffs rely on the accompanying Memorandum of Law and accompanying exhibits in support of this motion.

Respectfully submitted,

s/Michael L. Weinman
**Michael L. Weinman, #015074**
WEINMAN & ASSOCIATES
101 N. Highland
P. O. Box 266
Jackson, TN 38302
Telephone: 731-423-5565
Email: mike@weinmanthomas.com

        *s/ J. Russ Bryant*
Russ Bryant (TN Bar No. 033830)
Robert E. Morelli, III (TN Bar. No. 37004)
Robert E. Turner, IV, (TN Bar No. 35364)
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, TN 38018
Telephone: (901) 754-8001
*rbryant@jsyc.com*
*rmorelli@jsyc.com*
*rturner@jsyc.com*


        *s/ J. Colin Morris*
J. Colin Morris
**LAW OFFICE OF J. COLIN MORRIS**
204 W. Baltimore St.
Jackson, TN 38301
Telephone (731) 424-6616.
*j.colinmorris@gmail.com*
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court, and served all parties of record, by using the CM/ECF system.

        *s/* Michael L. Weinman


## CERTIFICATE OF CONSULTATION

Plaintiffs' counsel have conferred with Defendant's counsel and counsel for Defendant's consent to the filing of this Motion.

        *s/* Michael L. Weinman