01129-87573(JDB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **STEVEN F. COX, KELLY FREEMAN, RUFUS IRVING, KEITH FASON, ERNIE KIRK** and **DAVID NAGI** Individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF JACKSON, TENNESSEE**,<br><br>Defendant. | NO. 1:19-cv-01026-JDB-jay<br>JURY TRIAL DEMANDED<br>Rule 23 Class Action |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF INCENTIVE AWARD TO NAMED PLAINTIFFS, APPROVAL OF REIMBURSEMENT OF CLASS COUNSELS' LITIGATION EXPENSES AND AWARD OF CLASS COUNSELS' ATTONEY FEE

Come now the Parties who jointly and respectfully request this Court enter an Order granting final approval to the Settlement Agreement (ECF No. 75-2), approving the proposed incentive award the named Plaintiffs, Rufus Irvin and Keith Fason, in the amount of $2,500.00 each, and approving the reimbursement of Class Counsels' litigation expenses in the amount of $5,000.00 and an award of attorneys' fees to Class Counsel in the amount of $333,333.00. A proposed Order has been submitted to the Court with this Motion. A Memorandum in support is of this motion is filed contemporaneously herewith.

Respectfully submitted,

s/Michael L. Weinman
**MICHAEL L. WEINMAN, BPR #015074**
WEINMAN & ASSOCIATES
101 North Highland Avenue
PO Box 266
Jackson, TN 38302
Email: mike@weinmanthomas.com


**JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT**
J. RUSS BRYANT, BPR #033830
ROBERT E. MORELLI, III BPR #37004
Attorneys for the Plaintiffs
262 German Oak Drive
Memphis, TN 38018
rbryant@jsyc.com
rmorelli@jsyc.com

**LAW OFFICE OF J. COLIN MORRIS**
J. Colin Morris
J. COLIN MORRIS, BPR #015855
*Attorney for the Plaintiffs*
204 West Baltimore St.
Jackson, TN 38301
jcolinmorris@gmail.com

&

**RAINEY, KIZER, REVIERE & BELL, P.L.C.**

s/ John D. Burleson
JOHN D. BURLESON, BPR #10400
DALE CONDER, JR, BPR #015419
MATTHEW R. COURTNER, BPR #29113
Attorney for the Defendants
209 East Main Street - P. O. Box 1147
Jackson, TN 38302-1147

(731) 423-2414  
jburleson@raineykizer.com  
dconder@raineykizer.com  
mcourtner@raineykizer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court, and served on all parties of record, by using the CM/ECF system.

                                        s/ Michael L. Weinman  
                                        Michael L. Weinman